1 SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
2 5150 FAIR OAKS BLVD., SUITE 101
PMB #253
3 CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
4 FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

5 Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SCOTT N. JOHNSON | Case No.: CIV.S 08-cv-00921-JAM-GGH |
|---|---|
| Plaintiff, | **PLAINTIFF'S REQUEST FOR DISMISSAL OF K.H. MOSS COMPANY AND ORDER** |
| vs. | |
| Maher Bonlus Haddad, et al, | Complaint Filed: MAY 1, 2008 |
| Defendants | **CASE TO BE REMAIN OPEN WITH REMAINING DEFENDANT** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (K.H. Moss Company) be and is hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendant. Defendant (K.H. Moss Company) is dismissed because Plaintiff and Defendant have settled their dispute.

1
PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-00921-JAM-GGH

| | | |
|---|---|---|
| 1 | Dated: June 26, 2008 | /s/Scott N. Johnson |
| 2 | | SCOTT N. JOHNSON |
| | | Attorney for Plaintiff |

**IT IS SO ORDERED**.

Dated: June 26, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U. S. DISTRICT JUDGE

2

PLAINTIFF'S REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-00921-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com